Eric M. McMILLIAN, Plaintiff–Appellant,

v.

L.G. LECONEY, Officer, Raleigh Police Department, Defendant–Appellee.

No. 11–1647.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2011.

Decided: Nov. 22, 2011.

Eric M. McMillian, Appellant Pro Se. Hunt Kang Choi, City Attorney's Office, Raleigh, North Carolina, for Appellee.

Before KING, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric M. McMillian appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McMillian v. LeConey*, No. 5:09–cv–00175–BR, 2011 WL 2144628 (E.D.N.C. filed May 31 & entered June 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*